# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

FLORENCE AYERS,
Plaintiff,

v.                                              CASE NUMBER: 1:09-cv-1204-B

EMPIRE FIRE AND MARINE INSURANCE
COMPANY, et al.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues
have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in
the above-styled matter on 6/4/2010, this case is hereby Dismissed.

**APPROVED:**

                                              s/J. Daniel Breen
                                              **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**